UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

Marina Iskhakova, on behalf of herself
and all others similarly situated

                                                        Civil Action No:
                                                        1:22-cv-3762

                            Plaintiff,


-v.-
PENZIM PRODUCE CORP. D/B/A 3 GUYS FROM
BROOKLYN,




                           Defendants.
-----------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: October 26, 2022                                           Respectfully Submitted,

                                                                   /s/Mark Rozenberg
                                                                   Mark Rozenberg, Esq.
                                                                   **Stein Saks, PLLC**
                                                                   One University Plaza
                                                                   Hackensack, NJ 07601
                                                                   mrozenberg@steinsakslegal.com
                                                                    Tel. 201-282-6500
                                                                    Fax 201-282-6501
                                                      *Attorneys for Plaintiff*



SO ORDERED.

/s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: October 26, 2022
      Brooklyn, New York